**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00142-PAB-KLM

TOM KRAMER and
MONICA KRAMER,

    Plaintiffs,

v.

DONN VIGIL,
FRANCIS MARTINEZ,
RIO GRANDE SAVING & LOAN ASSOCIATION,
BENJAMIN F. GIBBONS, and
JAMES A. CASEY,
JOHN DOES 1-5[1],

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 42] of Judge Philip A. Brimmer entered on May 22, 2013 it is

**ORDERED** that the Order and Recommendation of United States Magistrate Judge Kristen L. Mix [Docket No. 36] is ADOPTED in part. It is

**FURTHER ORDERED** that Defendant Benjamin F. Gibbons' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(B)(6) [Docket No. 9] is GRANTED. Plaintiffs' claims against

---

[1] As the court has dismissed the case in its entirety, and as there has been no mention in numerous pleadings, motions or documents in the case by either side, nor proof of service, of defendants John Does 1-5, the dismissal of the case pertains to those defendants as well.

Mr. Gibbons are dismissed with prejudice. It is

**FURTHER ORDERED** that the Motion to Dismiss of Defendant Casey [Docket No. 12] is GRANTED. Plaintiffs' claims for monetary damages asserted against Judge Casey in his official capacity are dismissed without prejudice. All other claims against Judge Casey are dismissed with prejudice. It is

**FURTHER ORDERED** that Defendants Donn Vigil, Francis Martinez and Rio Grande Savings & Loan Association's Motion to Dismiss [Docket No. 14] is GRANTED. Plaintiffs' claim against Mr. Vigil, Mr. Martinez, and Rio Grande are dismissed with prejudice. It is

**FURTHER ORDERED** that this case is DISMISSED.

Dated at Denver, Colorado this 24th day of May, 2013.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk